**Order entered February 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00227-CR

**ALEXANDER GOOD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-00588**

## ORDER

Before the Court is appellant's motion for extension of time to file his reply brief. We

**GRANT** the motion. Appellant's reply brief must be filed no later than March 19, 2014.


/s/     JIM MOSELEY
        PRESIDING JUSTICE